CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

FEB 2 7 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HARRY LEE ALSTON, JR., <br> Petitioner, | Civil Action No. 7:07CV00434 |
| v. | FINAL ORDER |
| GENE M. JOHNSON, <br> Respondent. | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ADJUDGED and ORDERED

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Alston's request for an evidentiary hearing is **DENIED**; and Alston's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 27th day of February, 2008

*/s/ Glen E. Conrad*
United States District Judge